IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY BEAM,** | : | CIVIL ACTION NO. 3:14-CV-01706 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **INTERNAL REVENUE SERVICE,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of July, 2015, upon consideration of the motion (Doc. 18) to dismiss filed by defendant Internal Revenue Service, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 18) to dismiss is GRANTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania